## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------- x

**YISROEL MEIR LEEDER**

                                              Docket No. 2:18-cv-12384-BRM-JBC

                    Plaintiff,

- against -

**MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; SHLOMO YEHUDA FEINSTEIN ARON WASSERLAUF A/K/A MR. WASSER; KASTNER'S MARKET; KOSHER DELIGHT LLC; DOUBLE DECKER DELI, LLC; CAPRI RISTORANTE LLC; 726 41ST LLC; GROUP EIGHTEEN, INC; AM DISPLAY DIST. INC.; UHCS, INC; CARLOS & GABBY'S MIAMI; AMBER CAPITAL; IADVANCEU LLC; AYN OD MILVADO LLC; NISSIM OHAYON; CHAVIVA FEINSTEIN; SAPPHIRE FUNDING LLC; LIAM DOE; JOHN DOES 1-30;**

                                              Defendant.

------------------------------------------------------------- x

## JUDGMENT

Pursuant to Fed. R. Civ. P. R. 55(b)(1), the motion for default judgment having been granted, and for good cause appearing, it is

**ORDERED:** that judgment is entered in favor of Plaintiff, Yisroel Meir Leeder and against MOSHE FEINSTEIN A/K/A MOE FEINSTEIN; CHAVIVA FEINSTEIN; AMBER CAPITAL; IADVANCEU LLC in the amount of $ 862,363 as of September 18, 2017  comprised

of $862,363 in advances and reimbursable expenses. Interest shall accrue pursuant to 28 U.S.C. 1961 until the judgment is paid in full.

DATE: 8/4/21

_____
BRIAN R. MARTINOTTI, U.S.D.J.